IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GEORGE EVANS     PLAINTIFF

VERSUS     NO. 4:18CV147-JMV

COMMISSIONER OF SOCIAL SECURITY     DEFENDANT

## FINAL JUDGMENT

Consistent with the Memorandum Opinion [19] entered in this matter today, it is hereby **ORDERED and ADJUDGED** that the final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will instruct the Administrative Law Judge to apply the standard set forth in *Singletary v. Bowen,* 798 F.2d 818 (5th Cir. 1986), and issue a new decision.

**SIGNED** this 26th day of August, 2019.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE